## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Ronald Andermann et al | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 14cv1004 |
| | ) |
| Nextel Retail Stores, LLC, | ) Judge Rebecca R. Pallmeyer |
| | ) |
| | ) |
| Defendant. | |

### ORDER

Status hearing held. Pursuant to direction from the Court of Appeals, the parties are directed to proceed to arbitration. Civil case terminated.

(00:01)

ENTERED:

Dated: June 15, 2015

_____
**REBECCA R. PALLMEYER**
**United States District Judge**